**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEANINE DAVIS, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> CLARK COUNTY SCHOOL DIST., et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:11-cv-01896-JAD-NJK <br><br> ORDER SEALING DOCKET NO. 21 AND ORDERING DOCKET TO BE CORRECTED |

It has come to the Court's attention that the amended complaint was filed without redacting the birth date of Jeanine Davis's son. *See* Docket No. 21 at ¶ 4. In so doing, Plaintiff violated Special Order No. 108, which requires the partial redaction of dates of birth (among other redactions). Accordingly, the Court hereby **ORDERS** that the amended complaint at Docket No. 21 be sealed. In addition, Plaintiff's counsel shall refile on the public docket, no later than August 20, 2013, a redacted version of the amended complaint that complies with Special Order No. 108.

The amended complaint also lists the first name of Ms. Davis's son, in violation of Special Order No. 108, which requires that only a minor's initials be provided. The Court hereby **ORDERS** that the public docket be revised so that it reflects only that Ms. Davis appears in this case as the parent of "N.D."

IT IS SO ORDERED.

DATED: August 14, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge