# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JEANINE DAVIS,

    Plaintiff(s),

vs.

CLARK COUNTY SCHOOL DISTRICT, et al.,

    Defendant(s).

Case No. 2:11-cv-01896-JAD-NJK

ORDER

The Court has received a joint letter from counsel regarding settlement. The Court hereby ORDERS Plaintiff's counsel to file on the docket under seal a notice attaching that letter, no later than December 1, 2014.

The parties do not explain in that letter how they intend to proceed. Assuming Defendant intends to file a motion to enforce settlement, such a motion shall be filed no later than December 8, 2014. To the extent Defendant does not intend to file such a motion, counsel shall file a joint status report indicating how they wish to proceed no later than December 8, 2014.

The Court hereby VACATES the deadlines currently set for signing the settlement agreement and filing a stipulation for approval of the settlement agreement. *See* Docket No. 98. The Court will reset such deadlines if necessary.

IT IS SO ORDERED.

DATED: November 25, 2014

    _____
    NANCY J. KOPPE
    United States Magistrate Judge