UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEANINE DAVIS<br><br>            Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT<br><br>            Defendant. | District No.   2:11-cv-1896 JAD NJK |

### ORDER TEMPORARILY UNSEALING TRANSCRIPTS

On November 26, 2014 this court received a transcript order form dated November 26, 2014 requesting Transcript of hearing held on November 18, 2014 from Donna Mendoza-Mitchell, counsel for the Defendant, in which portion of the hearing is sealed.

**IT IS THE ORDER OF THE COURT** that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing transcript of hearing as requested by Defendant's Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant's Counsel shall not disclose the sealed contents of transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 26th day of November, 2014

_____
JENNIFER A. DORSEY
United States District Judge