1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JEANINE DAVIS, et al.,                                )
                                                       )
                    Plaintiff(s),                      )        Case No. 2:11-cv-01896-JAD-NJK
                                                       )
v.                                                     )        **ORDER**
                                                       )
CLARK COUNTY SCHOOL DISTRICT, et al.,                  )
                                                       )
                    Defendant(s).                      )
_____               )

On February 3, 2015, the chambers of the undersigned judge received a telephone call from Plaintiff seeking to discuss her relationship with her attorney and seeking guidance as to how to proceed in this case. As the Court's staff indicated on the telephone, parties and counsel are prohibited from contacting chambers to discuss matters pending in their case. *See, e.g.*, Local Rule 7-6(a). To the extent parties seek any relief from the Court, they must do so in writing by filing a request on the docket. The undersigned judge and her staff cannot give parties legal advice. Plaintiff shall refrain from calling chambers.

In light of the above, Plaintiff's counsel is hereby **ORDERED** to contact Plaintiff immediately and provide her a copy of this order. Plaintiff's counsel shall file a notice on the docket no later than February 4, 2015 indicating that he has done so.

IT IS SO ORDERED.

DATED: February 3, 2015

_____
Nancy J. Koppe
United States Magistrate Judge