# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEANINE DAVIS, et al., <br><br>  Plaintiff(s), <br><br> vs. <br><br> CLARK COUNTY SCHOOL DISTRICT, <br><br>  Defendant(s). | Case No. 2:11-cv-01896-JAD-NJK <br><br> ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR TELEPHONIC HEARING <br><br> (Docket No. 118) |

Pending before the Court is Plaintiff's motion for a telephonic hearing. Docket No. 118. As an initial matter, that motion was filed under seal and a proof of service was not filed. Accordingly, Plaintiff's counsel shall immediately serve a copy of the motion on Defendant's counsel, and file a proof of service. As to the substance of the motion, the Court will grant it in part and deny it in part. To the extent the motion seeks the ability to appear telephonically, it is **DENIED** as the Court believes it would be more fruitful to require personal attendance. To the extent the motion seeks a status conference, it is **GRANTED**. The Court hereby **SETS** a status conference for the same time already set for Plaintiff's counsel's motion to withdraw: February 25, 2015, at 11:00 a.m. in Courtroom 3D.

  IT IS SO ORDERED.

  DATED: February 9, 2015

  _____
  NANCY J. KOPPE
  United States Magistrate Judge