# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEANINE DAVIS, | ) | |
| Plaintiff(s), | ) | Case No. 2:11-cv-01896-JAD-NJK |
| vs. | ) | ORDER |
| CLARK COUNTY SCHOOL DISTRICT, et al., | ) | |
| Defendant(s). | ) | |

Currently before the Court is a motion by Plaintiff's counsel to withdraw, which is set for hearing on February 25, 2015. Docket Nos. 112, 114. Also currently before the Court is a renewed motion by Defendant to enforce the settlement agreement and for sanctions. Docket No. 122. In addition, the Court recently set a status conference at Plaintiff's request for February 25, 2015. *See* Docket No. 119.

In the interim, Plaintiff has filed papers requesting approval of the settlement in this case. *See* Docket No. 125-127. As an initial matter, Plaintiff filed these papers under seal and did not file a proof of service showing that they were served on Defendant's counsel. Plaintiff's counsel shall immediately serve those papers on Defendant's counsel and file a proof of service on the docket.

In light of the newly filed papers, it appears that the motion to withdraw as counsel has been withdrawn. It also appears that Defendants' motion to enforce the settlement agreement may be moot. Lastly, it appears that there may be no need for the status conference set by the Court. No later than February 18, 2015, counsel shall file a joint status report indicating whether (1) the motion to withdraw

1 as counsel and motion to enforce the settlement conference may be denied without prejudice and (2) the
2 status conference and hearing set for February 25, 2015 may be vacated.
3       IT IS SO ORDERED.
4       DATED: February 13, 2015

                                                          NANCY J. KOPPE
                                                          United States Magistrate Judge