# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEANINE DAVIS, et al.,<br><br>        Plaintiff(s),<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>        Defendant(s). | Case No. 2:11-cv-01896-JAD-NJK<br><br>ORDER<br><br>(Docket Nos. 112, 119, 122) |

Currently before the Court is a joint status report. Docket No. 131. In light of that joint status report, the motion to withdraw (Docket No. 112) is **DENIED** without prejudice, and the hearing on that motion set for February 25, 2015 is hereby **VACATED**. Furthermore, the motion to enforce the settlement agreement and for sanctions (Docket No. 122) is **DENIED** without prejudice.

Lastly, Plaintiff requests that the status conference set for February 25, 2015 not be vacated. *See* Docket No. 119. Given the current status of the case, the undersigned discerns no need to hold that status conference and it is hereby **VACATED**.

IT IS SO ORDERED.

DATED: February 19, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge