# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

In re: Eric Roy,
Attorney at Law, Bar No. 11869

Case No. 2:11-cv-01896-JAD-NJK

ATTORNEY DISCIPLINE ORDER TO SHOW CAUSE

This is an attorney discipline matter. Before the Court, in its capacity as Chief Judge (*see* LR IA 11-7(g)(1)), is the Report and Recommendation of United States Magistrate Judge Nancy J. Koppe, recommending the initiation of disciplinary proceedings against Attorney Eric Roy. (ECF No. 144 ("R&R").) Attorney Roy has not filed an objection to the R&R and the deadline for doing so has elapsed. The Court accordingly adopts the R&R without objection. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (noting that, where a party fails to object to a magistrate judge's recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection.").

In addition, for the reasons Judge Koppe provides in the R&R, the Court finds clear and convincing evidence to initiate disciplinary proceedings against Attorney Roy. (ECF No. 144.) *See also* LR IA 11-7(g)(1).

It is therefore ordered that Attorney Roy must show cause within 30 days of the date of entry this order why he should not be disbarred from practice before this Court for the conduct identified in Judge Koppe's R&R. *See id.*; *see also* LR IA 11-7(g)(2).

It is further ordered that, if Attorney Roy believes some lesser sanction short of disbarment is warranted, he must present argument as to what that sanction should be and why it is more appropriate than disbarment in his response to this Order to Show Cause ("OSC").

1     It is further ordered that, if Attorney Roy does not timely file a response to this OSC, the Court will disbar him.

    The Clerk of Court is directed to mark the R&R (ECF No. 144) as resolved, open a new attorney discipline case for this attorney discipline matter, and file this OSC as the first docket entry in that new attorney discipline case. The Clerk of Court is further directed to file Attorney Roy's response to this OSC in that new attorney discipline case.

    DATED THIS 5th Day of July 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE