

# ERIC ROY
## LAW FIRM

FILED _____  RECEIVED _____
ENTERED _____  SERVED ON _____
COUNSEL/PARTIES OF RECORD

**JUL - 5 2023**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

June 29, 2023

***Via US Mail***
Honorable Miranda M. Du, *Chief United States District Judge*
Honorable Nancy J. Koppe, *United States Magistrate Judge*
333 Las Vegas Blvd. South
Las Vegas, NV 89101

Re: **Davis v. Clark County School District, et al.**
    **Our Client:** Jeanine Davis
    **Case No.:** 2:11-cv-01896-JAD-NJK

Honorable Miranda M. Du,

    Please find attached a copy of proof of payment submitted to the Court in the amount of $3,000.00 for sanctions/contempt of court fines imposed on myself, Eric Roy, Esq. of the Eric Roy Law Firm, P.C., in the above referenced matter. Said payment was submitted on June 23, 2023.

    As an officer of the Court, I, Eric Roy, Esq., completely understand my responsibilities and the reasons why such sanctions were imposed. I wish not to make any excuse for my errors, but rather accept and take responsibility for said errors which have inconvenienced this Honorable Court's time. For this reason, I am not objecting to the report and recommendations issued by the Honorable Nancy J. Koppe.

    I sincerely apologize for these errors. Rest assured, I have read and understand the rules governed by this Honorable Court and will take the steps necessary to ensure that myself, my office and/or staff do not repeat these errors.

Respectfully submitted,

Eric Roy, Esq.

Cc:
Debra Kempi, Clerk of the Court
Sharon Hardin, Assistant to Clerk of Court

703 SOUTH EIGHTH STREET  LAS VEGAS, NEVADA 89101  P:702.423.333  F: 702.924.2517

Generated: Jun 22, 2023 1:05PM                                                                                    Page 1/1

# U.S. District Court

## Nevada None - Las Vegas

Receipt Date: Jun 22, 2023 1:05PM

Law Offices of Eric P. Roy P.C.

Rcpt. No: 200004496                    Trans. Date: Jun 22, 2023 1:05PM                    Cashier ID: #AZ

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 118 | Sanctions/Contempt of court Fines | | 1 | 3000.00 | 3000.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CH | Check | #4072 | 06/22/2023 | | $3,000.00 |
| | | | Total Due Prior to Payment: | | $3,000.00 |
| | | | Total Tendered: | | $3,000.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments:** 2:11-cv-01896-JAD-NJK

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

ERIC ROY
LAW FIRM
703 SOUTH EIGHTH STREET
LAS VEGAS, NEVADA 89101

89101870710 C0785

US POSTAGE
$00.60
First-Class
Mailed From 89101
06/30/2023
032A 0061843170

XRAYED US MARSHALS SERVICE

Honorable Miranda M. Du
Honorable Nancy J. Koppe
333 Las Vegas Blvd. South
Las Vegas, NV 89101