**Eric Roy, Esq.**
Nevada Bar No. 11869
**ERIC ROY LAW FIRM**
703 South Eighth Street
Las Vegas, Nevada 89101
T: (702) 423-3333
F: (702) 924-2517
Eric@ericroylawfirm.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
****

| | |
|---|---|
| JEANINE DAVIS, an individual, and as the Parent on behalf of a minor child, N.D., <br><br> Plaintiff, <br><br> vs. <br><br> CLARK COUNTY SCHOOL DISTRICT, a public entity, STATE OF NEVADA DEPARTMENT OF EDUCATION, a public entity, <br><br> Defendants. | CASE NO: 2:11-cv-01896-JAD-NJK <br><br><br><br> ECF No. 148 |

## ORDER FOR RELEASE OF FUNDS
## FROM BLOCKED MINOR'S ACCOUNT

Plaintiffs JEANINE DAVIS, individually and as the Parent on behalf of a minor child, N.D. (hereinafter, "Plaintiffs"), by and through their counsel, Eric Roy, Esq., of the ERIC ROY LAW FIRM, having applied to the court for the release of the Settlement Proceeds granted in the Minor's Compromise from the blocked account No. XXXXXX1906 at Wells Fargo Bank, and having proven that the minor, N.D., has reached the age of 18 in 2018:

///

///

///

-2-

IT IS ORDERED that the unopposed motion for order for release of funds from blocked account [**ECF No. 148**] **is GRANTED.** The funds in the Wells Fargo Blocked Account No. 8942XXXXXX opened on 4/21/15 shall be released to Nolan Davis.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 24, 2023